## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## STATESBORO DIVISION

| | | |
|---|---|---|
| **PAMELA SWAIN; ESTATE OF BRENDA SWAIN,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **Civil Action No.: 6:25-cv-00053-RSB-CLR** |
| | ) ) | |
| **NEWREZ, LLC d/b/a SHELLPOINT MORTGAGE SERVICING,** | ) ) ) ) | **(Removed from the Superior Court of Tattnall County, Georgia; Civil Action No. 25CV00191)** |
| **Defendant.** | ) ) | |

## MOTION TO DISMISS

Defendant NewRez, LLC d/b/a Shellpoint Mortgage Servicing ("Defendant" or "Shellpoint"), by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 12(b)(2), (4)-(6), files this Motion to Dismiss Plaintiffs Pamela Swain and Estate of Brenda Swain's Complaint.

Shellpoint adopts and incorporates its Memorandum in Support of this Motion contemporaneously filed herewith. As set forth in the Memorandum, the Court should dismiss the Complaint for lack of personal jurisdiction, insufficiency of process, insufficiency of process, and because Plaintiffs fail to state any claim upon which relief can be granted.

1

WHEREFORE, Shellpoint respectfully requests that the Court dismiss Plaintiffs' Complaint with prejudice and for such other relief as Shellpoint may be entitled.

Respectfully submitted this 23rd day of June, 2025.

BRADLEY ARANT BOULT CUMMINGS LLP

*/s/ Jonathan J. Stuart*
Jonathan J. Stuart
Georgia Bar No. 337053
Bradley Arant Boult Cummings LLP
1230 Peachtree Street NE, 20th Floor
Atlanta, Georgia 30309
Telephone: 404-868-2100
jstuart@bradley.com
*Attorneys for Defendant*

2

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), the undersigned certifies that this document has been prepared in accordance with Local Rule 5.1(B).

*/s/ Jonathan J. Stuart*

## CERTIFICATE OF SERVICE

I certify that I have on this day served a true copy of the foregoing Defendant's Motion to Dismiss by depositing a copy of the same in regular U.S. Mail, with adequate first-class postage affixed thereto, addressed as follows:

Pamela Swain
1553 Community Rd
Glennville, Georgia 30427
Pamela_swain@yahoo.com

This 23rd day of June, 2025.

*/s/ Jonathan J. Stuart*
Keith S. Anderson
Georgia Bar No. 136246