**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

| | | |
|---|---|---|
| **PAMELA SWAIN; ESTATE OF BRENDA SWAIN,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Civil Action No.:** |
| **v.** | ) | **6:25-cv-00053-RSB-CLR** |
| | ) | |
| | ) | |
| **NEWREZ, LLC d/b/a** | ) | |
| **SHELLPOINT MORTGAGE** | ) | |
| **SERVICING,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT NEWREZ, LLC D/B/A SHELLPOINT MORTGAGE SERVICING'S MOTION TO STAY DISCOVERY AND PRE-TRIAL DEADLINES**

Defendant NewRez, LLC d/b/a Shellpoint Mortgage Servicing ("Shellpoint" or "Defendant"), by and through its undersigned counsel, files this Motion to Stay Discovery and Pre-Trial Deadlines in light of Defendant's pending Motion to Dismiss, which could dispose of this entire action. In support of this Motion, Defendant incorporates its Memorandum of Law in support contemporaneously filed herewith.

WHEREFORE, Defendant respectfully requests that the Court grant this Motion to Stay Discovery and Pre-Trial Deadlines.

1

Respectfully submitted this 26th day of June, 2025.

                    BRADLEY ARANT BOULT CUMMINGS LLP


                    */s/ Jonathan J. Stuart*
                    Jonathan J. Stuart
                    Georgia Bar No. 337053
                    1230 Peachtree Street NE, 21st Floor
                    Atlanta, Georgia 30309
                    Telephone: 404-868-2100
                    jstuart@bradley.com
                    *Attorneys for Defendant*

# **CERTIFICATE OF SERVICE**

I certify that I have on this day served a true copy of the foregoing Defendant's Motion to Stay by depositing a copy of the same in regular U.S. Mail, with adequate first-class postage affixed thereto, addressed as follows:

Pamela Swain
1553 Community Rd
Glennville, Georgia 30427
Pamela_swain@yahoo.com

This 26th day of June, 2025.

/s/ Jonathan J. Stuart
Jonathan J. Stuart

3