**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

| | | |
|---|---|---|
| **PAMELA SWAIN; ESTATE OF** | ) | |
| **BRENDA SWAIN,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Civil Action No.:** |
| **v.** | ) | **6:25-cv-00053-RSB-CLR** |
| | ) | |
| **NEWREZ, LLC d/b/a** | ) | |
| **SHELLPOINT MORTGAGE** | ) | |
| **SERVICING,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STAY DISCOVERY AND PRE-TRIAL DEADLINES**

This matter is before the Court on Defendant's Motion to Stay Discovery and Pre-trial Deadlines (the "Motion"). (Doc. 6). For good cause shown, IT IS HEREBY ORDERED THAT the Motion is GRANTED. All discovery and the parties' obligations to: (1) conduct the Rule 26(f) Conference; (2) the parties' written discovery report, *see* LR 26.1(b); and (3) serve Initial Disclosures, are STAYED pending the Court's resolution of Defendant's Motion to Dismiss (Doc. 5).

SO ORDERED THIS ___ DAY OF _____, 2025

By: _____
Hon. Christopher L. Ray
United States District Court Judge

1