**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATE OF GEORGIA**

U.S. DISTRICT COURT RECEIVED JUL -7 2025 SAVANNAH SOUTHERN GA. ap

PAMELA SWAIN; ESTATE OF BRENDA SWAIN )
)
Plaintiffs, )
)
) Civil Action No:
v. ) 6:25-cv-00053-RSB-CLR
)
SHELLPOINT MTG, "Newrez" )
)
Defendants. )

**AMENDED COMPLAINT WITH A NEW CHARGEAND A DETAILED REPORT FOR DISCOVERY**

Plaintiffs Pamalia Swain and ESTATE OF BRENDA SWAIN, (hereafter called plaintiffs), are addressing the court against Shellpoint/Newrez LLC of violation of the Federal Act:

**The Privacy Act of 1974**

The Privacy Act of 1974 is a federal law that governs our collection and use of records we maintain on you in a system of records. A system of records is any grouping of information about an individual under the control of a Federal agency

from which information is retrievable by personal identifiers, such as name, social security number, or other identifying number or symbol.

**Under the Privacy Act, Federal agencies may not disclose information without consent unless certain exceptions apply to the disclosure.** The Privacy Act provides protections to individuals in three primary ways. It provides individuals with:

- the right to request their records, subject to Privacy Act exemptions;
- the right to request a change to their records that are not accurate, relevant, timely or complete; and
- the right to be protected against unwarranted invasion of their privacy resulting from the collection, maintenance, use, and disclosure of their personal information.

All System of Records Notices (SORNs) are published in the Federal Register. These notices provide the legal authority for collecting and storing records, individuals about whom records will be collected, what kinds of information will be collected, and how the records will be used. The Social Security Administration's SORNs are available at https://www.ssa.gov/privacy/sorn.html.

**26 U.S. Code § 7213 - Unauthorized disclosure of information**

**(3)Other persons**

It shall be unlawful for any person to whom any return or return information (as defined in section 6103(b)) is disclosed in a manner unauthorized by this title thereafter willfully to print or publish in any manner not provided by law any such return or return information. Any violation of this paragraph shall be a felony punishable by a fine in any amount not exceeding $5,000, or imprisonment of not more than 5 years, or both, together with the costs of prosecution. (Cornell Law)

It is the belief of the plaintiffs that Shellpoint/Newrez disclosed their personal information and that of the estate to outside persons. This is the discovery reasoning that the plaintiffs wish to pursue. The plaintiffs discovery report consists of a list of people who inquired about the plaintiff's private mortgage account and the any requests that these people suggested they do to the plaintiffs in order to increase their mortgage, refuse to comply with the mortgage contract, and any schemes or designs that they "cooked up" in order to foreclose on the property. This is requested from the years 2016-2025. All emails, recorded phone calls, transcripts, as well as federal and state inquests to the plaintiff's private financial information need to be retrieved.

We also request a comprehensive list of people who accessed the account and their powers to affect said mortgage.

If any breach occurred, this is an undeniable failure of keeping to the law abiding contractual terms of the original mortgage agreement. This will incur an additional addition to the 2,000,000 reward with an additional 2,000,000 for this new violation of the plaintiff's finances and the plaintiff's personal identifiable information. This, in total, is now $4,000,000 in financial damages.

Pamalia (Pamela) Swain
1553 Community Rd
Glennville, GA, 30427
Pamela_swain@yahoo.com
Pamela.swain1977@gmail.com
912-789-5417

# SETTLEMENT CONFERENCE WORKSHEET
## MAGISTRATE JUDGE CHRISTOPHER L. RAY

United States District Court – Southern District of Georgia
125 Bull Street
Savannah Ga, 21401

Molly Davenport, Courtroom Deputy
Office: (912-650-4035)
e-mail: molly_davenport@gas.uscourts.gov

I. Date of Settlement Conference: Click or tap to enter a date.

II. Parties Attending

a. Plaintiff

i. Counsel: Pamalia (Pamela) Swain prose

ii. Client Representative: as above

Authority to settle? Yes ☑ No ☐

iii. Additional Attendees: ____________________

Authority to settle? Yes ☐ No ☐

iv. Do the parties request that anyone be permitted to attend via telephone? If so who and why? Such a request will only be granted upon a substantial showing of good cause. Mere convenience shall not be an adequate basis.

Not at this time

b. For the Defendant:

i. Counsel: ____________________

ii. Client Representative: ____________________

Authority to settle? Yes ☐ No ☐

iii. Additional Attendees: ____________________

Authority to settle? Yes ☐ No ☐

iv. Do the parties request that anyone be permitted to attend via telephone? If so who and why? Such a request will only be granted upon a substantial showing of good cause. Mere convenience shall not be an adequate basis.

____________________________________________
____________________________________________
____________________________________________

III. Additional Comments:

It is important that the judge remind the defendants of foreclosure; contractual agreements and federal privacy laws. These are actual Federal crimes.

...PE
... REQUIRED

UNITED STAT
POSTAL SERV

...ted delivery date specified for
...stic shipments include $100 of
Tracking® service included for
...d international insurance.**
...used internationally, a custom
... does not cover certain items. For de
...Mail Manual at http://pe.usps.com.
...national Mail Manual at http://pe.usp

T RATE ENVE
...TE ■ ANY WEIGHT

...CKED ■ INSUF

UNITED STATES POSTAL SERVICE. Retail

P

US POSTAGE PAID
$10.10
Origin: 30427
07/02/25
1236190496-06

PRIORITY MAIL®

0 Lb 2.40 Oz
RDC 03

EXPECTED DELIVERY DAY: 07/07/25

B005

SHIP TO:
PO BOX 8286
SAVANNAH GA 31412-8286

USPS TRACKING® #

9505 5122 5927 5183 3542 49

FROM:
Pam Swain
1553 Community Rd
Glennville GA 30427

TO:
US District Court
Southern Division
PO Box 8286
Savannah GA 31412

...ackaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.
Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.