FILED
John E. Triplett, Clerk of Court
United States District Court
By MarthaMormeneo at 10:07 am, Jul 23, 2025

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATE OF GEORGIA**

| | | |
|---|---|---|
| PAMELA SWAIN; ESTATE OF BRENDA SWAIN | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No: 6:25-cv-00053-RSB-CLR |
| v. | ) | |
| SHELLPOINT MTG, "Newrez" | ) | |
| Defendants. | ) | |

**MOTION TO CONTINUE DISCOVERY AND REFERRAL TO THE DEPARTMENT OF JUSTICE FOR CRIMINAL PROSECUTION**

Pamalia Swain and the ESTATE OF BRENDA SWAIN, hereafter called, "THE PLAINTIFF", is stunned at the recent request to dismiss the current lawsuit to which the defendant is basically stating "We promise not to do it again but please ignore our breach of contract and lawless criminal acts to take a home away from people in the UNITED STATES".

TO DATE: The defendants have NOT reimbursed the plaintiff the 2025 property tax payment as stated in the Fannie Mae mortgage contract. The Plaintiff

made a large sum payment in January 2025 that included an escrow addition to supplement the property tax. According to the defendant's accounting, they paid Rubin and Lublin instead of abiding by the legal contract.

The defendants are denying the validity of the process of service by both Gwinnett County Sheriff in Peachtree Corners, GA and the Greenville County Sheriff in Greenville, SC. All Newrez offices and the legal entity that stated they were Newrez's legal representatives are and were allowed to receive legal complaint services. IF NOT, this is deception under false pretenses.

Not at any time do they express regret or remorse at their actions and behaviors. The Greenville County representative stated that Newrez receives many legal complaints to that office due to their fraudulent deceptive activities.

That being said, the plaintiff wishes the court to rule in the Plaintiff's favor - that the property tax refund be issued immediately, and that the plaintiff is awarded the 2 million damages for the continual repeated efforts of foreclosure fraud.The plaintiff also wishes to have the court refer Newrez LLC, and Rubin and Lublin to the Department of Justice for criminal charges under US Code 18. U.S.C. 1014 as making a false statement in lack of action of following the exact specifications of a federally backed financial institution by not paying the property taxes as outlined in the original contract. LegalClarity.org states,

**18 U.S.C. 1014 broadly applies to false statements made to financial institutions, covering deceptive practices that could influence banking decisions. It criminalizes knowingly making false statements or willfully overvaluing property to influence actions related to loans, advances, discounts, commitments, or any other financial transactions. This extends beyond traditional banks to include credit unions, mortgage lenders, the Federal Deposit Insurance Corporation (FDIC), and government-backed loan programs such as those administered by the Small Business Administration (SBA) or the Department of Housing and Urban Development (HUD).18 U.S.C. 1014 broadly applies to false statements made to financial institutions, covering deceptive practices that could influence banking decisions. It criminalizes knowingly making false statements or willfully overvaluing property to influence actions related to loans, advances, discounts, commitments, or any other financial transactions. This extends beyond traditional banks to include credit unions, mortgage lenders, the Federal Deposit Insurance Corporation (FDIC), and government-backed loan programs such as those administered by the Small Business Administration (SBA) or the Department of Housing and Urban Development (HUD). (Legalclarity.org, 18 U.S.C. 1014)**

The plaintiff also wishes to continue discovery as to the release of the plaintiff's private financial information that any entity servicing a federally backed loan is legally required to adhere to in order to continue to conduct business in the United States.

Pamalia (Pamela) Swain

Pamalia (Pamela) Swain
1553 Community Rd
Glennville, GA, 30427
Pamela_swain@yahoo.com
Pamela.swain1977@gmail.com
912-789-5417

From: P Swain
1553 Community Rd
Glennville GA 30427

FREEDOM
FOREVER USA

INSPECTED BY
JUL 23 2025
U.S. Marshals Service/SGA

To: United States District Court
Savannah Division
PO Box 8286
Savannah, GA 30427

ReadyPost®
Document Mailer

18 JUL 2025 PM 8 L
ATLANTA GA RPDC 302

UNITED STATES POSTAL SERVICE®

93300006
6" x 9" Envelope

1PJE2150 • AIC-093
Product Code 93300006
www.usps.com
A product of the United States Postal Service ®
MADE IN THE U.S.A.

0 15645 72738 0 00