## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## STATE OF GEORGIA

PAMELA SWAIN; ESTATE )
OF BRENDA SWAIN )
          )
     Plaintiffs, )
          )
          ) Civil Action No:
          ) 6:25-cv-00053-RSB-CLR
    v. )
          )
          )
          )
SHELLPOINT MTG, "Newrez" )
          )
     Defendants. )

## AMENDED COMPLAINT WITH A NEW CHARGEAND A
## DETAILED REPORT FOR DISCOVERY

Plaintiffs Pamalia Swain and ESTATE OF BRENDA SWAIN, (hereafter

called plaintiffs), are addressing the court against Shellpoint/Newrez. The plaintiff

would like to enter Exhibit A, the accounting of the mortgage of the ESTATE OF

BRENDA SWAIN that has been passed to the plaintiff's daughter, Pamalia Swain.

The plaintiffs would like for the court to be made aware of a mortgage

accounting file to be entered as Exhibit A to show probable cause in the failure of

defendants to properly adhere to the Fannie Mae government back contract of

paying the mortgage taxes for the residence of 1553 Community Rd, Glennville, GA, 30427.

The plaintiff made a large payment of $11,540 to bring the account up to date. The normal monthly payments from the death of Brenda Swain to January 2025 had been $721.57. The Estate paid over the required amount to supplement any escrow for the 2025 year. Note the highlighted areas -

- December 2024 and January 2025. The "monthly regular payment" went from $721.57 to $1,280.37 unbeknownst to the Estate.

- Also at this time, payments of $570 and $1595.00 went to Rubin and Lublin, LLC.

This means that a total of $4,725.74 was allotted and labeled out of the funds the plaintiff had provided to bring the account current and to supplement escrow. The plaintiff also wants to remind the court that the defendants refused to take any form of payment from April 2024-November 2024 until the plaintiff filed the first suit against Newrez LLC.

The plaintiffs also want to have disclosed any outside persons whether in government or the Newrez company had unlawful access to the ESTATE'S accounts and did they influence the company to falsify their books to steal money from the ESTATE.

As you will see in Exhibit B, Rubin and Lublin, "the boutique law firm", identified themselves as Newrez "legal representatives".

The plaintiff wishes to continue discovery to find out any outside persons who unlawfully accessed the ESTATE'S private information and unlawfully encouraged the mortgage company to "alter their books" in order to steal money. This includes Suntrust/Truist as well. On top of all this, they chose to breach the mortgage contract and fail to pay the property taxes that they are contractually obligated to do from the original Fannie Mae contract.

Here respectfully submitted on this day the 28th of July, 2025.


Pamalia (Pamela) Swain
1553 Community Rd
Glennville, GA, 30427
Pamela_swain@yahoo.com
Pamela.swain1977@gmail.com
912-789-5417

## Exhibit A

4/8/25, 2:12 PM                                          servicing.newrez.com/servicing/1034910950/payments/payment-history

| Transaction Date ▲ | Transaction Amount | Due Date | Description | Principal Amount | Interest Amount | Escrow Amount | Late Charge Amount | Principal Balance | Escrow Balance |
|---|---|---|---|---|---|---|---|---|---|
| 1/8/25 | $721.57 | 10/1/24 | Regular Payment | $27.85 | $243.09 | $450.63 | $00.00 | $49,624.10 | -$2,980.18 |
| 1/8/25 | $1,280.37 | 11/1/24 | Regular Payment | $27.99 | $242.95 | $1,009.43 | $00.00 | $49,596.11 | -$1,970.75 |
| 1/8/25 | $570.00 | 12/1/24 | Legal Fee Payment | $00.00 | $00.00 | $00.00 | $00.00 | $49,596.11 | -$1,970.75 |
| 1/8/25 | $1,595.00 | 12/1/24 | Legal Fee Payment | $00.00 | $00.00 | $00.00 | $00.00 | $49,596.11 | -$1,970.75 |
| 1/8/25 | $97.92 | 12/1/24 | Other Fee Payment | $00.00 | $00.00 | $00.00 | $00.00 | $49,596.11 | -$1,970.75 |
| 1/8/25 | $175.00 | 12/1/24 | Other Fee Payment | $00.00 | $00.00 | $00.00 | $00.00 | $49,596.11 | -$1,970.75 |
| 1/8/25 | $1,280.37 | 12/1/24 | Regular Payment | $28.13 | $242.81 | $1,009.43 | $00.00 | $49,567.98 | -$961.32 |
| 1/8/25 | $47.21 | 1/1/25 | Other Fee Payment | $00.00 | $00.00 | $00.00 | $00.00 | $49,567.98 | -$961.32 |
| 1/8/25 | -$47.21 | 1/1/25 | Other Fee Payment | $00.00 | $00.00 | $00.00 | $00.00 | $49,567.98 | -$961.32 |
| 1/8/25 | $47.21 | 1/1/25 | Unapplied Payment | $00.00 | $00.00 | $00.00 | $00.00 | $49,567.98 | -$961.32 |

# Exhibit B

## RUBIN LUBLIN, LLC
Attorneys and Counselors at Law
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
TEL (877) 813-0992
FAX (470) 508-9401

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Copy Via Regular Mail

October 18, 2024

ESTATE AND/OR HEIRS-AT-LAW OF STANLEY SWAIN
1553 COMMUNITY RD
GLENNVILLE, GA 30427

*Notice of Acceleration and Foreclosure*

| | |
|---|---|
| File No.: | SHP-24-04090-2 |
| Loan: | Security Deed from BRENDA SWAIN AKA BRENDA E. SWAIN, STANLEY SWAIN AKA STANLEY J. SWAIN to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC. AS GRANTEE, AS NOMINEE FOR SUNTRUST MORTGAGE, INC. ("Original Lender") |
| Property Address: | 1553 COMMUNITY RD, GLENNVILLE, GA 30427 |

Please be advised that this law firm represents NewRez LLC d/b/a Shellpoint Mortgage Servicing (fka Specialized Loan Servicing LLC) ("Foreclosing Entity"), successor in interest to the Original Lender on the above-referenced Loan. By separate communication you may have been advised of your rights under the Fair Debt Collection Practices Act (the "FDCPA"), should that Act apply to this proceeding. Nothing in this letter shall prevent you from exercising those rights as set forth in that communication. This letter is to advise you that we are hereby instituting non-judicial foreclosure proceedings against the referenced property. Enclosed you will find a copy of the Notice of Sale Under Power that was submitted for publication in the legal newspaper in the county where the property is located. The foreclosure sale is scheduled for **December 3, 2024** ("Sale Date").

The indebtedness secured by said Security Deed has been and is hereby declared due because of default under the terms of said Security Deed. *The total amount of the debt owed may consist of unpaid principal balance, any unpaid accrued interest, escrow/impound shortages or credits, late charges, legal fees/costs, and other charges. To find out the amount needed to either bring the Loan current or to pay off the Loan in full, please call 800-365-7107.*
(Continued on back/next page)

Pamela Swain
1553 Community Rd
Glennville, GA 30427

INSPECTED BY

AUG 0 4 2025

U.S. Marshals Service/SGA

ATLANTA GA RPDC 302

29 JUL 2025 PM 7 L

US District Court
PO Box 8286
Savannah, GA 31412

31412-820606