Pamela Suber
1553 Community Rd
Glennville, GA 30427

INSPECTED BY

AUG 04 2025

U.S. Marshals Service/SGA

ATLANTA GA PDDC 302

29 JUL 2025   PM 7  L

FREEDOM FOREVER/USA

US District Court
PO Box 8286
Savannah, GA 31412

31412-820606