**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

| | | |
|---|---|---|
| **PAMELA SWAIN; ESTATE OF BRENDA SWAIN,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**NEWREZ, LLC d/b/a SHELLPOINT MORTGAGE SERVICING,**<br><br>**Defendant.** | ) | **Civil Action No.: 6:25-cv-00053-RSB-CLR** |

**DEFENDANT'S RESPONSE TO PLAINTIFFS' AMENDED COMPLAINT WITH A NEW CHARGE AND A DETAILED REPORT FOR DISCOVERY**

On July 22, 2025, the Court issued an Order prohibiting Plaintiffs from filing any further amendments to their pleadings without first seeking leave and staying discovery in this matter (the "Order"): "the Court … **GRANTS** Defendant's Motion to Stay Discovery and Pretrial Deadlines…. Plaintiffs will not be allowed to further amend their complaint without first seeking and obtaining leave to amend." (Doc. 10, p. 1).

However, less than two weeks after the Court issued the Order, Plaintiffs, without first seeking leave of Court, filed their Amended Compliant with a New Charge and a Detailed Report for Discovery (the "Third Amended Complaint"). In the Third Amended Complaint, Plaintiffs appear to assert a claim against

Defendant under a mortgage account document and they appear to seek discovery from Defendant related to that mortgage account. (*See generally,* doc. 13). Plaintiffs attempt to amend their pleadings for a third time and to seek discovery are improper and violates the Order. The Third Amended Complaint should therefore be stricken. If the Court is inclined to allow the Third Amended Complaint to act as the operative complaint in this action, Defendant hereby incorporates its Motion to Dismiss the Amended Complaints,[1] (doc. 9), as if fully stated herein and respectfully asks the Court for leave to respond fully to the Third Amended Complaint.

Respectfully submitted this 18th day of August, 2025.

BRADLEY ARANT BOULT CUMMINGS LLP

*/s/ Jonathan J. Stuart*
Jonathan J. Stuart
Georgia Bar No. 337053
Bradley Arant Boult Cummings LLP
1230 Peachtree Street NE, 21st Floor
Atlanta, Georgia 30309
Telephone: 404-868-2100
jstuart@bradley.com
*Attorneys for Defendant*

[1] In the Order, the court ordered Plaintiffs to respond to Defendant's Motion to Dismiss the Amended Complaints on or by August 12, 2025. (Doc., p. 4). To date, Plaintiffs have not responded to or otherwise opposed Defendant's Motion to Dismiss the Amended Complaints. Defendant's Motion to Dismiss the Amended Complaints is now ripe for adjudication.

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), the undersigned certifies that this document has been prepared in accordance with Local Rule 5.1(B).

*/s/ Jonathan J. Stuart*

**CERTIFICATE OF SERVICE**

I certify that I have on this day served a true copy of the foregoing Defendant's Response to Plaintiffs' Amended Complaint with a New Charge and a Detailed Report for Discovery by depositing a copy of the same in regular U.S. Mail, with adequate first-class postage affixed thereto, addressed as follows:

Pamela Swain
1553 Community Rd
Glennville, Georgia 30427
Pamela_swain@yahoo.com

This 18th day of August, 2025.

*/s/ Jonathan J. Stuart*
Jonathan J. Stuart
Georgia Bar No. 337053