**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

| | | |
|---|---|---|
| **PAMELA SWAIN; ESTATE OF BRENDA SWAIN,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Civil Action No.: 6:25-cv-00053-RSB-CLR** |
| **NEWREZ, LLC d/b/a SHELLPOINT MORTGAGE SERVICING,** | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S RESPONSE TO PLAINTIFFS' AMENDED COMPLAINT WITH A NEW REPORT FOR DISCOVERY**

On July 22, 2025, the Court issued an Order prohibiting Plaintiffs from filing any further amendments to their pleadings without first seeking leave and staying discovery in this matter (the "Order"): "the Court … **GRANTS** Defendant's Motion to Stay Discovery and Pretrial Deadlines…. Plaintiffs will not be allowed to further amend their complaint without first seeking and obtaining leave to amend." (Doc. 10, p. 1).

However, Plaintiffs have now filed two additional amendments without first seeking leave of Court. In Plaintiffs' latest filing, its Amended Compliant with a New Report for Discovery (the "Fourth Amended Complaint"), Plaintiffs ask the Court to "look over … figures" in an accounting log, alleging that Shellpoint

misallocated mortgage payments. (*See generally*, doc. 17). Plaintiffs attempt to amend their pleadings is improper and violates the Order. The Fourth Amended Complaint should therefore be stricken. If the Court is inclined to allow the Fourth Amended Complaint to act as the operative complaint in this action, Defendant hereby incorporates its Motion to Dismiss the Amended Complaints,[1] (doc. 9), as if fully stated herein and respectfully asks the Court for leave to respond fully to the Fourth Amended Complaint.

Respectfully submitted this 9th day of September, 2025.

BRADLEY ARANT BOULT CUMMINGS LLP

*/s/ Jonathan J. Stuart*
Jonathan J. Stuart
Georgia Bar No. 337053
Bradley Arant Boult Cummings LLP
1230 Peachtree Street NE, 21st Floor
Atlanta, Georgia 30309
Telephone: 404-868-2100
jstuart@bradley.com
*Attorneys for Defendant*

[1] In the Order, the court ordered Plaintiffs to respond to Defendant's Motion to Dismiss the Amended Complaints on or by August 12, 2025. (Doc., p. 4). To date, Plaintiffs have not responded to or otherwise opposed Defendant's Motion to Dismiss the Amended Complaints. Defendant's Motion to Dismiss the Amended Complaints is now ripe for adjudication.

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), the undersigned certifies that this document has been prepared in accordance with Local Rule 5.1(B).

*/s/ Jonathan J. Stuart*

**CERTIFICATE OF SERVICE**

I certify that I have on this day served a true copy of the foregoing Defendant's Response to Plaintiffs' Amended Complaint with a New Report for Discovery by depositing a copy of the same in regular U.S. Mail, with adequate first-class postage affixed thereto, addressed as follows:

Pamela Swain
1553 Community Rd
Glennville, Georgia 30427
Pamela_swain@yahoo.com

This 9th day of September, 2025.

*/s/ Jonathan J. Stuart*
Jonathan J. Stuart
Georgia Bar No. 337053