FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2025 SEP 19 A 8: 42
CLERK
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

PAMELA SWAIN; ESTATE OF BRENDA SWAIN )
)
)
Plaintiffs, )
) Civil Action No:
) 6:25-cv-00053-RSB-CLR
v. )
)
)
)
SHELLPOINT MTG, "Newrez" )
)
Defendants. )

**REQUESTED HEARING**

Plaintiff Pamela Swain and the ESTATE OF BRENDA SWAIN, is continuing to show and share the discoveries that the recent note that Shellpoint sent to the plaintiffs.

The plaintiffs and the estate feel that the evidence of accounting miscalculation, the lack of adherence to payment schedule of the original Suntrust note, and the repetitive nuisance and mischief in not covering the taxes, and resulting failure in refunding the plaintiff's tax payment more than enough proves

the plaintiff's case in this matter. The incident of the post office holding the notice adds even more insult to injury.

The plaintiffs request a hearing to discuss the outcomes that Shellpoint Newrez have agreed to do in order to rectify the accounting and refund the plaintiff's the tax payment as stated in the Suntrust/Truist note as well as Shellpoint's welcome letter.

Since Shellpoint/Newrez has chosen not to in good faith admit to the mistakes made to the mortgage (the plaintiffs could have negotiated had they only acquiesced to mistakes made). The plaintiffs wish the Court to rule in favor and extend the 2 million in the original complaint as a fee to encourage Shellpoint/Newrez not to engage in predatory foreclosure tactics in the future.

So submitted on this day 15th of September, 2025.

Pamalia (Pamela) Swain

Pamalia (Pamela) Swain
1553 Community Rd
Glennville, GA, 30427
Pamela_swain@yahoo.com
Pamela.swain1977@gmail.com
912-789-5417