**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

| | | |
|---|---|---|
| PAMELA SWAIN; ESTATE OF BRENDA SWAIN<br><br>Plaintiffs,<br><br>v.<br><br>SHELLPOINT MTG, "Newrez"<br><br>Defendants. | ) | Civil Action No:<br>6:25-cv-00053-RSB-CLR |

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2025 DEC -4 P 2:03
CLERK
SO. DIST. OF

**<u>CONTINUED REQUESTED HEARING</u>**

Plaintiff Pamela Swain and the ESTATE OF BRENDA SWAIN, is continuing to show and share the discoveries that the recent note that Shellpoint sent to the plaintiffs.

Shellpoint/ Newrez refused to take a payment for October 2025 keeping the plaintiff from catching up the account. The mortgage payment was increased in July and at that time they were colluding with the Trump Administration, Wipro, US Post Office, and the GADOL to keep the plaintiff out of work and poor to lose the house.

The payment of $460 would complete October's payment, and there will be an additional payment in 2 weeks for $903 for November 2025.

So submitted on this day of 4th of December, 2025.

Pamalia (Pamela) Swain
1553 Community Rd
Glennville, GA, 30427
Pamela_swain@yahoo.com
Pamela.swain1977@gmail.com
912-789-5417

1553 Community Rd
Glennville, GA, 30427

Georgia Department of Labor
Board of Review

Dear sirs,

Here are the basic facts of this situation.

I applied for unemployment due to being laid off from Wipro. I was approved May 11, 2025. I was told to wait for a phone call from Nancy Morley. She never called me. June 2, 2025, I reported to the Vidalia office and sent in the info they requested. Nancy Morley denied me the next day saying I did not report. She lied. She then called me a week later at my number 912-789-5417. This proves that GADOL knew my number.

This denial violates GA law pursuant to O.C.G. A. 34-8-195a

I reported, received a new job, and took the job according to the rules set by the GADOL.

A person by the name of Demetrius Green, redenied my claim in October saying they did not know my number and had a strange old number they called. I even updated the number and they sent another notice with the old number. She even called where I work and slandered me.

I am coming to the end of the short term contract and I am still behind on bills. In this situation, I believe the GA DOL needs to evaluate the abilities of Nancy Morley and Demetrius Green and their motives working for the Georgia Department of Labor. I reported weekly online from May 2025 to July 2025 and found new employment. All evidence of this situation is being saved, documented and recorded for evaluation.

Respectfully,

Pamalia (Pamela) Swain
Pamela.swain1977@gmail.com
912-789-5417