FILED
U.S. DISTRICT COURT
2025 DEC 12 A 11: 39
MM

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

| | | |
|---|---|---|
| PAMELA SWAIN; ESTATE OF BRENDA SWAIN | ) | |
| Plaintiffs, | ) | Civil Action No: 6:25-cv-00053-RSB-CLR |
| v. | ) | |
| SHELLPOINT MTG, "Newrez"; Bradley, Arant, Boult, Cummings, LLP Defendants. | ) | |

**COMPLAINT FOR INJUNCTIVE RELIEF AND A MOTION FOR A TEMPORARY RESTRAINING ORDER**

The plaintiff, ESTATE OF BRENDA SWAIN, and PAMALIA SWAIN, daughter of the deceased BRENDA SWAIN, seeks a foreclosure injunction against SHELLPOINT/NEWREZ. The defendants have begun an insidious plan on not accepting payments for the months of October and November (as stated in other briefs) with the attempts to foreclose on the property of 1553 Community Rd, Glennville, GA, 30427.

These lenders have a history of breach of contract and illegal foreclosure tactics even to the point of using federal corruption or mail fraud as well as failure to apply payment properly to the original mortgage contract written in 2003 signed and agreed upon by Stanley Swain previously.

1. This behavior causes irreparable harm in making the plaintiff, Pamalia Swain, homeless.

2. The plaintiff has proven the illegal conduct of the lender.

3. The balance of harm to the homeowner outweighs the harm to the lender of missing a few payments that are available to be made.

4. It is in the public interest to stop these types of wrongful foreclosures.

The plaintiff requests a temporary restraining order (TRO), a preliminary injunction to foreclosure, and an eventual permanent injunction to foreclosure.

So submitted on this day of 12th of December, 2025.

Pamalia (Pamela) Swain

Pamalia (Pamela) Swain
1553 Community Rd
Glennville, GA, 30427
Pamela_swain@yahoo.com
Pamela.swain1977@gmail.com
912-789-5417