# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT of GEORGIA

John E. Triplett Clerk of Court

| Augusta | Brunswick | Savannah |
|---|---|---|
| (912)-650-4020 | (912)-650-4020 | (912)-650-4020 |
| P.O. Box 1130 | P.O. Box 1636 | P.O. Box 8286 |
| Augusta, Georgia 30903 | Brunswick, Georgia 31521 | Savannah, Georgia 31412 |

## NOTICE of FILING DEFICIENCY

To: Jonathan J. Stuart

Case: 6:25-CV-053

Date: 2/10/2026

Party: NewRez, LLC

Your pleading, #33 Notice,

was filed on 02/09/26, but remains deficient in the area(s) checked below:

[ ] No actions required (Informative Only) or [ ☒ ] Corrective Actions Required

- ☐ 1. Disclosure Statement has not been filed. This is the only mechanism to identify potential judicial conflicts. (Local Rule 7.1.1)
- ☐ 2. Pleading is illegible or otherwise not in compliance with Local Rule 10.1.
- ☐ 3. Please submit a paper courtesy copy. Paper copies must be submitted when the document either is or relates to a motion for summary judgment; or, the document exceeds 250 pages. (Administrative Procedures)
- ☐ 4. Pleading is not signed. (Local Rule 11.1 and Administrative Procedures)
- ☐ 5. Pursuant to Section IIB of the Administrative Procedures, no certificate of service was provided.
- ☐ 6. Motion is not in compliance with Local Rules.
  - ☐ a. No memorandum of law citing supporting authorities was submitted (L.R. 7.1)
  - ☐ b. No good faith document was submitted. (L.R. 26.5)
  - ☐ c. Separate proposed order was not attached to e-filed document. (L.R. 7.1)
  - ☐ d. Separate proposed order was not e-mailed to appropriate proposed order address in MS Word format. (Administrative Procedures)
- ☐ 7. For Judge Baker or Wood cases, the Plaintiff/Defendant statement regarding referral was not returned within 14 days.
- ☐ 8. Counsel should file a separate motion for each relief sought and not file a consolidated motion.
- ☒ 9. Other:

A request for a leave of absence needs to be filed in the format of a motion with a proposed order attached. The filing has been restricted, and you must refile it within 5 days. Select the filing event "Motion for Leave of Absence".

For more information - Please contact: Tara H. Burton (706) 849-4407

Deputy Clerk