FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2026 MAR 13 P 2:
CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

| | | |
|---|---|---|
| PAMELA SWAIN; ESTATE OF BRENDA SWAIN | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No: 6:25-cv-00053-RSB-CLR |
| | ) | Jury trial requested |
| v. | ) | |
| SHELLPOINT MTG, "Newrez"; Bradley, Arant, Boult, Cummings, LLP | ) | |
| Defendants. | ) | |

**ORDER AND REPORT AND RECOMMENDATION FROM THE MAGISTRATE COURT JUDGE CHRISTOPHER L RAY "OBJECTIONS TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION"**

Plaintiffs Pamalia Swain and the Estate of BRENDA SWAIN are responding to the recent "Order and Report" submitted by the US DISTRICT COURT JUDGE CHRISTOHER L RAY.

While the plaintiffs are glad to have another judge weigh in on this case, we believe the magistrate judge has NOT reviewed the evidence

submitted by the plaintiffs supporting the case against Shellpoint/NEWREZ. THIS IS AN OBJECTION TO THIS "RECOMMENDATION". The items of evidence include - The paid tax slip by the plaintiff, the screenshot of the US POST OFFICE holding the tax notice (The plaintiff went to the tax office herself when the mail did not arrive), the failure to reimburse according to the promissory contract note, the discovery of illegal escrow allotment to a law firm and overpaying themselves (from their accounting on file), the failure to correspond and correct the "errors" (making them intentional in nature), the refusal to take payment, and finally, changing the accounting and fees to erase their original misappropriation.

Since then, the internal discovery process did uncover a conflict of interest supporting the claims that the current presidential administration was behind the intentional possible criminal behavior and retaliation.

The plaintiffs are ready to go forward with a jury trial, *pro se*, if needed.

The plaintiffs would also like to question the validity of the brief from Judge Christoper Ray, since his honor has access to all briefs but failed to correctly "write' the actual correct case number Civil Action: 6:25-cv-00053-RSB-CLR on his recommendation brief. The case number

written incorrectly is "CV 625-053".THIS IS ANOTHER OBJECTION TO THIS "RECOMMENDATION". The plaintiffs would like for the courts to investigate the validity of this brief and to identify possible fraudulent people "pretending" to be his most honorable US District Magistrate judge.

The history of the peoples listed have been established as having a history of bullying the plaintiff as made aware of the "Kiwifarms thread". HOWEVER, none of the people named are being litigated in this civil suit.

**CONTINUED DISCOVERY**

The investigation of this suit continues and a pattern of history of SHELLPOINT/NEWREZ continues in other district courts around the country in other states. Recently, a RESPA civil suit Murray v NEWREZ LLC case number 5:26-cv-00142 in the Middle District of Florida, documenting the SAME COMPLAINTS as errors, breaching of promissory contract; and failure to rectify known errors, and proceeding with illegal foreclosures. Another case in the Northern District of Ohio (the plaintiff is anonymous) against NEWREZ LLC states the same illegal behaviors, states that Shellpoint Newrez LLC allowed loan modifications but disregarded them and continued the foreclosure without contacting the plaintiff as well as misapplied payments the same as the plaintiff's suit claims. The Ohio suit

states also "lawsuit characterizes the servicer's conduct as a pattern of noncompliance with the federal mortgaging servicing rules". This is the exact same claim as this current suit. This is a current legal situation occurring with this company and has no bearing to the "gossip" of the "recommendation". THIS IS A FURTHER OBJECTION TO THE ORDER.

The plaintiff has a list of people to call before the court to testify as to their involvement in this suit.

Again, should Shellpoint/Newrez LLC seek to correct their errors and communicate with the plaintiff, the plaintiff will work with the company in an appropriate settlement. The problem is they are not acknowledging or correcting the mistakes which leads to intentional criminal harm against the plaintiff. It would include reimbursement of the $1707, the correcting of the account to credit $3100, and additional financial damages due to the nature of the hostility in this suit to the plaintiff's financial situation.

So submitted on this day of Friday, 13th of March, 2026.

Pamalia (Pamela) Swain
1553 Community Rd
Glennville, GA, 30427
Pamela_swain@yahoo.com
Pamela.swain1977@gmail.com
912-789-54117

shellpoint.

MORTGAGE STATEMENT

Statement Date: 02/18/2026

DO NOT SEND MAIL OR PAYMENTS TO THIS ADDRESS
P.O. Box 619063 · Dallas, TX 75261-9063

| | |
|---|---|
| Account Number | 1034910950 |
| Payment Date | 03/01/2026 |
| Payment Amount | $2,709.20 |

4-811-19423-0018993-001-000-000-000-000

Phone: 800-365-7107
Website: www.shellpointmtg.com

ESTATE OF BRENDA SWAIN
1553 COMMUNITY RD
GLENNVILLE GA 30427-7758

## Explanation of Payment Amount

| | |
|---|---|
| Principal | $30.26 |
| Interest | $240.68 |
| Escrow (Taxes and Insurance) | $632.30 |
| Less Buydown | $0.00 |
| Regular Monthly Payment | $903.24 |
| Total Fees and Charges | $0.00 |
| Past Unpaid Payment | $1,805.96 |
| Total Payment Amount | $2,709.20 |

## Bankruptcy Message

Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.

We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If you want to stop receiving statements, write us.

## Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $59.50 | $59.50 |
| Interest | $482.38 | $482.38 |
| Escrow | $1,264.60 | $1,264.60 |
| Fees/Late Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | -$0.24 | $0.52 |
| Total | $1,806.24 | $1,807.00 |

## Important Messages

*Partial Payments: Any partial payments listed here are not applied to your mortgage, but instead are held in one or more separate suspense accounts. Once we receive funds equal to a full monthly payment, we will apply those funds to your mortgage.

## Account Information

| | |
|---|---|
| Outstanding Principal | $49,219.55 |
| Deferred Balance* | $22,121.84 |
| Interest Rate | 5.8750% |
| Prepayment Penalty | None |
| Property Address: | 1553 COMMUNITY RD GLENNVILLE GA 30427 |
| Contractual Due Date: | January 1, 2026 |
| Current Escrow Balance | -$1,268.01 |
| Deferred Principal | $22,121.84 |
| Deferred Interest | $0.00 |
| Assistance Balance | $0.00 |
| Reserve Balance | $0.00 |
| Maturity Date | 07/01/2063 |

## Additional Messages

For questions regarding the servicing of your loan, please contact us at 800-365-7107 Monday-Friday 8:00AM-9:00PM, and Saturday 10:00AM-2:00PM Eastern Time.

Federal law requires us to tell you how we collect, share, and protect your personal information. Our Privacy Policy has not changed. You can review our policy and practices with respect to your personal information at www.shellpointmtg.com or request a copy to be mailed to you by calling us at 800-365-7107.

## **Account History**

Recent Account History

Payment due 09/01/25: fully paid on 11/06/25
Payment due 10/01/25: fully paid on 12/19/25
Payment due 11/01/25: fully paid on 01/22/26
Payment due 12/01/25: fully paid on 01/27/26
✓ Payment due 01/01/26: unpaid balance of $902.72 — Paid Feb 23, 2026
✓ Payment due 02/01/26: unpaid balance of $903.24 — Paid March 11, 2026
Payment due 03/01/26: current payment due

Total: $2,709.20 unpaid amount that, if paid, would bring your loan current.

If You Are Experiencing Financial Difficulty: See back for information about mortgage counseling or assistance.

See Total Payment Amount Breakdown on page 2.

For information about your payments, total amount due, and any additional payment history, see reverse side.

005-0814-1100F

Detach and return with payment.

shellpoint.

Loan Number: 1034910950
ESTATE OF BRENDA SWAIN

Property Address:
1553 COMMUNITY RD
GLENNVILLE GA 30427

SHELLPOINT MORTGAGE SERVICING
P.O. BOX 60535
CITY OF INDUSTRY, CA 91716-0535

## Payment Amount

| | |
|---|---|
| Payment Date | 03/01/2026 |
| Payment Amount | $2,709.20 |

Please write clearly inside space provided

| | |
|---|---|
| Payment Amount | $ |
| Additional Principal | $ |
| Late / Other Charges | $ |
| Additional Escrow | $ |
| Total Amount Enclosed (Please do not send cash) | $ |

Account Number 1034910950

## Total Payment Breakdown

| | | | |
|---|---|---|---|
| Total of all Payments Due | $2,709.72 | Other Fee Balance (details below)** | $0.00 |
| Total Principal Balance | $0.00 | Total Deferred Principal Balance | $0.00 |
| Total Interest Balance | $0.00 | Total Deferred Interest Balance | $0.00 |
| Default Interest | $0.00 | Total Additional Balance | $0.00 |
| Late Charge Balance | $0.00 | Unapplied Amount | ($0.52) |
| Insufficient Funds Balance | $0.00 | | |
| Legal Fee Balance (details below)* | $0.00 | Total | $2,709.20 |

## Payment Breakdown

| | Unpaid Balance | | Unpaid Balance | | Unpaid Balance |
|---|---|---|---|---|---|
| Payment Due 03/01/2026 | $903.24 | Payment Due 02/01/2026 | $903.24 | Payment Due 01/01/2026 | $903.24 |

## Transaction Activity (01/18/2026 - 02/17/2026)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 01/22/2026 | Partial Payment Unapplied* | $0.00 | $903.00 |
| 01/22/2026 | Partial Payment Unapplied* | $0.00 | -$903.24 |
| 01/22/2026 | Regular Payment - (Due 11/1/2025) | $0.00 | $903.24 |
| 01/27/2026 | Regular Payment - (Due 12/1/2025) | $0.00 | $903.24 |

Payments made by check are processed electronically by using the information listed on the check. Payments by check authorize us to create a one-time electronic funds transfer and process the payment as either a paper check or electronic draft. The check will not be returned to you. Allowable fees may apply for returned or rejected payments.

Newrez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is not an attempt to collect a debt due to your bankruptcy filing. Newrez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

Important Notice: Please be advised that post-petition fees, expenses or charges reflected on this statement might be subject to additional disclosure to the bankruptcy court under Rule 3002.1 of the Federal Rules of Bankruptcy Procedure. In the event such post-petition fees, expenses or charges are disallowed by the bankruptcy court, a subsequent waiver will be applied to your account.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code.

Notice of Error or Information Request Address
You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us. Additionally, if you believe we have furnished inaccurate information to credit reporting agencies, please write to us with specific details regarding those errors and any supporting documentation that you have and we will assist you. Error Resolution, including concerns of inaccurate information sent to credit reporting agencies, or requests for information should be sent to the following address:

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603

Housing Counselor Information: If you would like counseling or assistance, you can contact the following:
U.S. Department of Housing and Urban Development (HUD): For a list of homeownership counselors or counseling organizations in your area, go to

- Website: https://www.hud.gov/stat/sfh/housing-counseling
- Phone number: 800-569-4287 (TTY: 202-708-1455)

¿Hablas español? Esta carta contiene información importante sobre su préstamo hipotecario. Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número 800-365-7107.

If you prefer to receive communication in a language other than English, please contact us at 800-365-7107 to speak with a translator in your preferred language about the servicing of your loan or a document you received.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

*The deferred amount is due on your last mortgage payment date or earlier if you sell your home, refinance, or otherwise pay off your loan.

---

## Address, Phone, and Name Changes

Type of change (check all that apply)

____ Address ____Phone ____Name** ____Email Address

**Please remember:
Name changes require a signature and a copy of a legal document noting the new name. Examples of legal documents are marriage licenses and divorce decrees.

Your Account # ______________________ Social Security Number: ______________________

Old Borrower Name: ______________________ New Borrower Name: ______________________

Old Co-Borrower Name: ______________________ New Co-Borrower Name: ______________________

Borrower Signature: ______________________ Co-Borrower Signature: ______________________

New Mailing Address: ______________________

1553 Community Rd
Glennville, GA, 30427

US District Court
Southern District Court of Georgia
8 Southern Oaks Court
Savannah, GA, 31405

Your Honor,

I'm not sure what I read in that "order" but I believe Alan Dershowitz has gone on a rampage against me. He and Tony Robbins initiated this bullying assault years ago. Dershowitz does weird random stalking against women he makes unrequited sexual demands. He and Tony Robbins started a kiwifarms thread that you will find in previous lawsuits that document their unprofessional behavior.

Much to my chagrin, my brother's mortgage company did not pay his property tax and the tax commissioner in his county mailed the second notice to me, not him (ensuring that he most likely would not receive it in the mail). It is basically the same situation that happened to me last year.

Your Honor, these people are out of control.

Sincerely,
Pamalia (Pamela) Swain
Pamela_swain@yahoo.com
Pamela.swain1977@gmail.com
9127895417