**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

PAMELA SWAIN, et al.,

      Plaintiffs,                      CIVIL ACTION NO.: 6:25-cv-53

    v.

NEWREZ, LLC,

      Defendant.

## O R D E R

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's March 6, 2026, Report and Recommendation, (doc.38), to which plaintiff filed objections, (docs. 39, 40 & 41). None of the objections raise any meritorious argument against the Magistrate Judge's conclusions. (See generally id.) Accordingly, Plaintiff's Objections are **OVERRULED**, and the Court **ADOPTS** the Report and Recommendation as its opinion, (doc. 38.) Any claim purportedly asserted on behalf of the Estate of Brenda Swain is **DISMISSED**. Defendant's Motion to Dismiss is **GRANTED**. (Doc. 9.) Plaintiff's Amended Complaint is **DISMISSED**. (Doc. 7.) Plaintiff's Motion for Preliminary Injunction is **DISMISSED** as moot. (Doc. 25.) The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 26th day of March, 2026.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA